

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS JARECKI, an individual,

                Plaintiff,

-v-

MICHAEL OHOVEN, an individual, and
INFINITY MEDIA, INC., a California
Corporation,

                Defendants.

ORDER

11 CV 2002 (GBD)

GEORGE B. DANIELS, District Judge:

      Defendants' motion to transfer this case for lack of personal jurisdiction is GRANTED. This case is ordered transferred to the United States District Court for the Central District of California.

Dated: New York, New York
       June 16, 2011

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge