UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS JARECKI, an individual,

                Plaintiff,

-v-

MICHAEL OHOVEN, an individual, and
INFINITY MEDIA, INC., a California
Corporation,

                Defendants.



ORDER

11 CV 2002 (GBD)

GEORGE B. DANIELS, District Judge:

    The Clerk of the Court is directed to close motions # 12, 15, and 24.

Dated: New York, New York
       June 16, 2011

                                  SO ORDERED:

                                  *George B. Daniels*
                                  GEORGE B. DANIELS
                                  United States District Judge